[No. 4053-1.    Division One.    August 16, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON F. HEINZ, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 70781, Herbert M. Stephens, J., entered July 16, 1975. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Andersen, JJ.